1  JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney
2
BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  CHRISTINA M. McCALL (CASBN 234139)
Assistant United States Attorney
5    1301 Clay Street, Suite 340-S
Oakland, CA  94612
6    Telephone: (510) 637-3717
Fax: (510) 637-3724
7    E-mail: christina.mccall@usdoj.gov

8  Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND BRANCH

12

13  UNITED STATES OF AMERICA,          )     No. CR 10-0238 PJH
                                       )
14              Plaintiff,             )
                                       )
15        v.                           )     STIPULATION AND [PROPOSED]
                                       )     ORDER TO CONTINUE STATUS
16                                     )     CONFERENCE TO JULY 19, 2010
    MINH LE,                           )
17                                     )
                Defendant.             )
18  _____  )

19        The above-captioned matter is set on June 21, 2010 before this Court for status

20  conference.  The parties request that this Court vacate that date and set this matter for status

21  conference on July 19, 2010 at 10:00 a.m. before United States Magistrate Judge Donna R. Ryu,

22  and that the Court exclude time under the Speedy Trial Act between the date of this stipulation

23  and July 19, 2010.  The parties stipulate that the time is excludable from the time limitations of

24  the Speedy Trial Act because the interests of justice are served by granting a continuance,

25  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

26        Such continuance is required because Mr. Le's attorneys need to meet with him to review

27  the discovery, review recorded communications, and inspect physical evidence.  This

28
    STIPULATION AND EXCLUSION OF TIME
    CR 10-0238 PJH

1

1   continuance will allow the reasonable time necessary for effective preparation, taking into

2   account the exercise of due diligence.

3       As such, the parties respectfully request that the time between June 21, 2010 and July 19,

4   2010 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

5

6   DATED:  June 18, 2010                Respectfully submitted,

7                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
8
                                            */s/ Christina McCall*
9                                        CHRISTINA McCALL
                                         Assistant United States Attorney
10
                                            */s/ Harris Taback/ Frederick Remer*
11                                       HARRIS TABACK & FREDERICK REMER
                                         Attorney for Minh Le
12

13                                    **ORDER**

14      Based on the reason provided in the stipulation of the parties above, the Court hereby

15  FINDS that for adequate preparation of the case by all parties, and in the interest of justice,

16  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the

17  Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT the hearing is

18  continued until  July 19, 2010 at 10:00 a.m., and time is excluded until  July 19, 2010.

19

20      **IT IS SO ORDERED.**

21  DATED:  June 22, 2010

22                                       DONNA M. RYU
                                         United States Magistrate Judge
23

24

25

26

27

28
    STIPULATION AND EXCLUSION OF TIME
    CR 10-0238 PJH
                                    2